UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA,

          -against-                                                              18-cr-0470 (LAK)

JOSEPH PIERCE,

                    Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The New York City Department of Health and Mental Hygiene, and the Commissioner thereof, is hereby

        ORDERED, on or before September 1, 2021, to (a) provide the United Stattes Attorney for the Southern District of New York with a certified copy of the death certificate of the defendant, Joseph Pierce, who reportedly died on March 28, 2021, or (b) if it does not have any such death certificate, provide said United States Attorney written confirmation of the fact that it does not have any such certificate.

        SO ORDERED.

Dated:       August 4, 2021

                                                        _____
                                                               Lewis A. Kaplan
                                                           United States District Judge